|  |  |  |
|---|---|---|
| **CUADRA** | : | UNITED STATES DISTRICT COURT |
|  | : | DISTRICT OF NEW JERSEY |
| Plaintiff(s), | : |  |
|  | : | Hon. Jose L. Linares |
| -vs- | : | Civil Action No. 09-4946    (JLL) |
|  | : |  |
| **UNIVISION COMMUNICATIONS,** | : | **ORDER ON ORAL MOTION** |
| **INC. et al** | : | **REMOVING MATTER FROM** |
| Defendant(s). | : | **COURT ARBITRATION PROGRAM** |
|  | : |  |

**THIS MATTER** having come before the Court for a scheduling conference on January 15, 2010; and the parties have consented to removal of this matter from the Court Arbitration program;

**IT IS** on this 22nd day of January, 2010

**ORDERED THAT** this matter is hereby removed from the Court Arbitration Program.

*s/ Claire C. Cecchi*
**HON. CLAIRE C. CECCHI**
**United States Magistrate Judge**

Clerk of the Court
File